

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 26, 2010

_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 10-27305 |
| | Chapter 7 Case |
| Janel L. Scott and Ritchie Scott, | |
| Debtors | **ORDER TERMINATING STAY** |

The above-entitled matter came before the Court on the motion of Ford Motor Credit Company LLC seeking relief from the automatic stay of 11 U.S.C. §362(a). Based upon all of the files and records herein, the Court now finds that cause exists entitling Ford Motor Credit Company LLC to the relief requested.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the automatic stay of 11 U.S.C. §362(a) is immediately terminated as to Ford Motor Credit Company LLC, and Ford Motor Credit Company LLC is authorized to foreclose its lien in the 2003 Lincoln Town Car vehicle, VIN 1LNHM83W93Y622782 pursuant to applicable state law.

**FURTHER IT IS HEREBY ORDERED** that this Order shall not be stayed after entry pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure and Ford Motor Credit Company LLC may immediately enforce this Order granting relief from the automatic stay of 11 U.S.C. §362(a).

# # # # #

416511